No. 72–5778. HOHENSEE *v.* PENNSYLVANIA DEPARTMENT OF HIGHWAYS. Pa. Commw. Ct. Certiorari denied.

No. 72–5782. HOHENSEE *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Pa. Commw. Ct. Certiorari denied.

No. 72–5823. DANEFF *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–408. MALAVARCO *v.* UNITED STATES; and

No. 72–566. CURICO *v.* UNITED STATES. C. A. 2d Cir. Motion to dispense with printing petition in No. 72–566 granted. Certiorari denied. Reported below: 467 F. 2d 610.

No. 72–689. ACREE *v.* UNITED STATES. C. A. 10th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–744. FIERRO-SOZA *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–718. KIRSHNIT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–725. ROBBINS TIRE & RUBBER Co., INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–769. KNUTH ET AL. *v.* ERIE-CRAWFORD DAIRY COOPERATIVE ASSN. ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.